# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DONAVETTE ELY,** | ) |
| **Plaintiff,** | ) ) ) |
| VS. | ) CIVIL ACTION NO. 16-00084-KD-B |
| **MOBILE HOUSING BOARD,** *et al.*, | ) ) ) |
| **Defendants.** | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) (doc. 4) is ADOPTED as the opinion of this Court.

Accordingly, Donavette Ely's complaint is dismissed without prejudice prior to service of process for failure to comply with this Court's orders and failure to prosecute this action.

DONE this 23rd day of June 2016.

s/ Kristi K. DuBose
KRISTI K DuBOSE
UNITED STATES DISTRICT JUDGE